# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

148040

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                SC: 148040
                                COA: 313874
                                Dickinson CC: 10-004513-FC

RONNEE LEE PIETRANTONIO,
    Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 26, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014 _____


Clerk

t0127